IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 21-mj-00182 |
| ) | |
| ) | UNDER SEAL |
| DIANA SANTOS-SMITH ) | |

**NOTICE OF APPEARANCE**

COMES NOW Kira Anne West and enters her appearance as *pro hac vice* sponsor counsel in the above captioned case.

Respectfully submitted,

KIRA ANNE WEST

By:  _____/s/_____
Kira Anne West
D.C. Bar No. 993523
712 H St. N.E.
Unit 509
Washington D.C., 20002
kiraannewest@gmail.com

CERTIFICATE OF SERVICE

I hereby certify on the 4th day of February, 2021 a copy of same was delivered to the parties of record, by email pursuant to the Covid standing order and the rules of the Clerk of Court.

_____/S/_____
Kira Anne West