NOTICE OF APPEARANCE IN A CRIMINAL CASE

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001

UNITED STATES OF AMERICA

vs.                                          Criminal Number  21-mj-00182

DIANA SANTOS-SMITH
(Defendant)

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA          ☒ RETAINED          ☐ FEDERAL PUBLIC DEFENDER

_____
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

Robert E. Goldman, Esquire
(Attorney & Bar ID Number)

Law Office of Robert E. Goldman, LLC
(Firm Name)

535 Hamilton Street, Suite 302
(Street Address)

Allentown, PA 18101
(City)     (State)     (Zip)

(610) 841-3876
(Telephone Number)