AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff*<br>v.<br>[1] DAWN BANCROFT<br>[2] DIANA SANTOS-SMITH<br>*Defendant* | )<br>)<br>) Case No. 21-CR-271 (EGS)<br>)<br>) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the United States of America.

Date: April 20, 2021

_____
*Attorney's Signature*

Sean P. Murphy—1187821
*Printed name and bar number*

United States Attorney's Office
Torre Chardón, Suite 1201
350 Carlos Chardón Avenue
San Juan, PR  00918
*Address*

sean.murphy@usdoj.gov
*E-mail address*

(787) 766-5656
*Telephone number*

(787) 771-4043
*FAX number*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

*/S/ Sean P. Murphy*
**SEAN P. MURPHY**
Assistant United States Attorney
DC Bar No. 1187821