AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
Diana Santos-Smith

_____
Defendant

)
)
)
)
)
)
)

Case: 1:21-mj-00182
Assigned to: Judge Faruqui, Zia M
Assign Date: 1/28/2021
Description: COMPLAINT W/ARREST WARRANT

## ARREST WARRANT

To:   Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Diana Santos-Smith                                                                                          ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 1752 (a)(1)-Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority
18 U.S.C. 1752(a)(2)-Knowingly Engaging in Disorderly or Disruptive Conduct in any Restricted Building or Grounds
40 U.S.C. 5104(e)(2)(D), (G)-Violent Entry and Disorderly Conduct on Capitol Grounds

Date: ___01/28/2021___                                                   2021.01.28 17:30:46 -05'00'
                                                                           *Issuing officer's signature*

City and state:         Washington, D.C.             Zia M. Faruqui, U.S. Magistrate Judge
                                                                           *Printed name and title*

### Return

This warrant was received on *(date)* 01/28/2021, and the person was arrested on *(date)* 01/29/2021
at *(city and state)* Fort Washington, PA.

Date: 1/29/21                                                             _____
                                                                           *Arresting officer's signature*

                                                                           Bryan L. Pacchioli, SA, FBI
                                                                           *Printed name and title*