AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:21-cr-00271-EGS-2 |
| DIANA SANTOS-SMITH | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

DIANA SANTOS-SMITH                                                                                              .

Date:      04/29/2021                              /s/ Robert E. Goldman
                                                                *Attorney's signature*

                                                    Robert E. Goldman, Esquire
                                                    *Printed name and bar number*

                                                    535 Hamilton St, Suite 302
                                                    Allentown, PA 18101
                                                    *Address*

                                                    reg@bobgoldmanlaw.com
                                                    *E-mail address*

                                                    (610) 841-3876
                                                    *Telephone number*

                                                    (215) 933-6902
                                                    *FAX number*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Criminal No. 1:21-cr-00271-EGS-2 |
| v. : | |
| : | |
| DIANA SANTOS-SMITH : | Honorable Emmet G. Sullivan |

<u>**CERTIFICATE OF SERVICE**</u>

    I, Robert E. Goldman, Esquire, do hereby certify that I did serve a true and correct copy of the foregoing *Appearance of Counsel* on the following individuals via the manner and at the addresses indicated below:

<u>**Via ECF**</u>
AUSA Sean P. Murphy
United States Attorney's Office
Torre Chardón, Suite 1201
350 Carlos Chardón Street
San Juan, PR 00918
*Sean.Murphy@usdoj.gov*


Dated: April 29, 2021        By: _/s/ Robert E. Goldman_
                                            Robert E. Goldman, Esquire
                                            535 Hamilton Street, Suite 302
                                            Allentown, PA 18101
                                            (610) 841-3876
                                            reg@bobgoldmanlaw.com
                                            Attorney for Defendant Diana Santos-Smith