# EXHIBIT B

To: Your Honor Sullivan and all to whom it may concern.

I would like to start my statement with some gratitude to all involved. Thank you, your honor for hearing my case. Thank you to all the law enforcement involved. All law enforcement, from the FBI agents who interviewed me, to the probation officers who have contacted me. Thank you, Mr. Prosecutor as well for your involvement in my case. I thank every one of you for serving our country in the way that you have. If circumstances were different I would say it is an honor to be here.

In regards to my involvement on 1/6/2021 I want to start off by saying, I know I am by no means justified for what I did. I view what I did as the worst kind betrayal to my own country. America has always been viewed as the hero and a beacon of light all over the world. That day I took part in destroying that image. I know what I did was wrong and I will face the consequences of my decision.

Before I answer your question of what I was thinking, I would like to properly introduce myself. My name is Diana Santos Smith. At the time of 1/6/2021 I was working full time as a Hospice Aide. My job was to provide personal care to the patient, emotional support to the patient and family, and communicate with the nurse any needs the patient had. Before working for hospice I worked over a year in a skilled nursing facility. Prior to my work in the skilled nursing facility, I worked in a memory care unit. That is where I discovered my passion and gift of taking care of people.

Growing up with an autistic brother gave me an advantage in the area of memory loss care. I understood the dynamics of different levels of communication. Reading between the line and looking for unspoken signals of pain, discomfort, fear etc; to find out what a person is truly trying to say is something I am extremely good at. Learning this gift that I have is what lit the fire I had for loving the vulnerable. Being able to recognize the unspoken needs of someone and serve those needs is something that leaves a lasting impression. I was often given the most "difficult" patients because of my patience and ability to meet those needs.

In the memory care unit is where I was introduced to hospice. Lots of times in facilities people fall through the cracks. Patients do not get the care they need or attention they deserve because of the demand for the service is so high. Hospice proved to take that essential need to pause and take time to actually care for a patient. I knew then and there, that's what I wanted to do for the rest of my life, to love the dying people. Fast forward, I got certified and gained plenty of experience to enhance the skills I needed to succeed in my desired career.

Getting into Doylestown Hospital is an impressive line to put into anyone's resume. They are a highly respected hospital in my community, founded and started by women. Doylestown Hospital has made great strides in the healthcare field. I considered it a huge accomplishment when I was able to obtain my dream job with my dream company. My time with hospice was not just life changing, it as fulfilling and impactful beyond words. The gift I discovered years before, being able to read the unspoken needs of patients, flourished. When a patient is on hospice, many don't complain. People naturally hate to be a burden or feel like an inconvenience. My job was to comfort that insecurity.

There are four pillars I live by not just in life but in my job. Everyone deserves respect, regardless of what they have done in their life. Everyone deserves dignity, regardless what they have done in life. Everyone deserves privacy, regardless of what they have done in life. Everyone deserves love, regardless of what they have done in their life. Every day I woke up and repeated these lines to myself and I lived it every day as a Hospice Aide. Using my gift and these four "laws", as I sometimes refer to them as, I was able to truly bring joy into people's lives. I know this by what patients and their families have told me throughout my time working with them. There wasn't a day that went by when I didn't hear what a good job I was doing or that I was an angel sent to them. It is unprofessional to create bonds with patients in the medical field. But in the nature of hospice, that is nearly impossible. So much so, where I have had dreams of patients thanking me for loving them. The next morning I would wake up and receive a text message saying they have passed on. Those dreams were their goodbyes to me.

I am emotional from writing that last sentence. Those dreams I had came in the moments when I struggled with doubt the most. My patients did for me sometimes even more than what I did for them it would feel like. Moments like those dreams did not happen very often, most times they were unexpected. My job with hospice is my calling. Loving people, catering to their needs, and showing them they too deserve respect, dignity, love, and privacy, is my calling in life. Having to leave hospice was like losing a major part of me. I still grieve the loss to this day. I still remember dates of my patient's deaths.

It wasn't just my life that was impacted through my work. I know I inspired my team and my patients. Through my gift and my skills, some of the most difficult patient's because very gentle. Patient's would make it obvious they wouldn't want any aide other than myself. The families would often request me after I've taken care of their loved one while someone else was off. The nurses on my team knew with confidence that their patients were in the best car when I was their aide. Me having to leave so abruptly was very difficult for some families to cope with. That is something I carry with me every day and grieve over.

Speaking highly of myself is not something I am comfortable with. I don't feel like I deserve or should even speak well about myself. This is a major challenge for me because I don't want to come off as arrogant or over confident. But, I know that I am gifted in the ability to love and understand people. My mission in hospice and life was to prove to at least one person that there still are good people in the world. I wanted to prove to people that they are loved beyond measure, and they deserve respect regardless of how they treated me. My belief is, if more people would stop and listen to what people are not saying, we would have a more compassionate world. My job was to educate families in the unspoken needs of their loved ones, and that the finals days were the bests days to live with them. It was the biggest gift ad honor to serve my patients and their families.

I really wanted to explain to you a glimpse of who I am so you can understand my heart. I live to serve others and cater to their hearts. I'm not a perfect human by any means and many times I fail at that mission. Even a few times I have made a bad call of a person's character or a bad decision because I was blinded by my compassion. Being blinded by compassion so much that I get taken advantage of or can be easily deceived. Learning to be compassionate yet be able to stand up for what is right is something I'm still learning. That is the lesson I learned on 1/6/2021, the very hard way.

When I met Dawn I instantly could see her unspoken needs. I could tell she was a woman who had been through and overcame a lot. She was driven, hard working, intimidating, and very loud and obnoxious. Dawn seemed to have to prove to people that she wasn't weak. I viewed Dawn as very kind and compassionate, but with a very strong back bone. She inspired me because that's what I wanted to be. I wanted to be able to love people with grace, but be able to stand up for myself with authority like Dawn did. No one feared Dawn, but the people in the gym respected her. I instantly wanted to bond with her for those reasons but also to prove to her, "not everyone is going to hurt you". Through time at her gym we did build a relationship and we got comfortable with each other. When we both found out we stood on the same side of politics, out friendship really started to bloom. After the elections happened and Trump announced his rally, she invited me and I agreed.

On that day, when I was heading to DC, I truly believed the election was rigged enough to be stolen. I thought Donald Trump was the best thing to happen to America and I believed every word that Trump said, almost without question. Trump spoke out about the hidden and unspoken issues of the people in this country. He hit topics that were near and dear to my heart. Though, I'll spare the details on my admiration of Trump at the time. Trump to me was very relatable, so I was extremely passionate about his campaign and that entire election.

When the election happened and with everything that proceeded I really felt I was disenfranchised and I wanted my voice to be heard. So I made the trip to DC. At the rally everything seemed normal. Everyone was in good spirits and calm. Nothing seemed weird or off and nothing stood out to me that I should be concerned for my safety. Trump said "let's go protest and make our voices heard", and that he was coming with us. That was an encouragement to me. I felt empowered and that I was doing the right thing. I thought it was going to be a peaceful protest.

I remember walking to the capital and arriving on the lawn. As we got closer Dawn was getting more and more excited. I got more anxious because I don't like big crowds. When she saw the crowd at the Capitol she suggested for us to follow. I was unsure because of the amount of people that were there, I followed with the precaution that if I felt anything "off" I would turn around and head back. Though, the biggest thought that plagued me was I didn't want anything to happen to Dawn, and I be unaware and unable to help. So, I followed her to the bottom of the steps where the scaffolding was. At the bottom we stood for a little when someone behind us yelled "they're letting us in". As soon as I heard that, the crowd started moving and I was surprised and excited. I thought they would let us into the building to protest. In that moment I was proud, I was proud because I thought we were making a difference. I was in shock because I actually thought we were making a difference.

When we got to the top Dawn and I stayed to the side just watching people chant "USA!". Dawn insisted for us to go inside. I remember being skeptical but agreed because I was first under the impression we were allowed.  We got closer and from where we were standing I could see a door where people were going in and out. This confirmed to me the thought that "they were letting people in". There was a very big crowd outside of that door. To the right of the door I saw another crowd, I could see activity and as if people were coming in and out but I couldn't tell what it was from where I was

standing. Dawn suggested that we go in that way since it was less crowded. I followed her, not looking up just focusing on not tripping or stepping on anyone.

When I got to the point of entry I looked up and realized it was a window. My heart automatically dropped and I thought to myself "this is doesn't seem right. If they're letting us in we shouldn't have to climb through a window."  Before I knew it, Dawn had already gone in. I stood there questioning what I should do. I went to go in and right at the frame I was faced with Dawn and she told me "get out!" so I dropped down in relief. Dawn told me "it's crazy in there!". So I said "good lets go stand on the side I don't think it's a good idea to go in". Impassioned by adrenaline I believe, she insisted to go in again. I tried to talk her out of it but I was at a loss for words, nothing was really coming out, I felt frozen and numb. She went in about a minute later. I followed.  Looking for Dawn, I stood at the entrance there not moving. I looked around and saw all the people, the cameras on the wall and then my emotions started to creep back up. I looked to my right and saw Dawn, we made eye contact and she came towards me and we both knew we needed to get out. So we both climbed out of the same window we entered the building.

Following my exit and reflection on what had occurred, I was overwhelmed with guilt, shame, and remorse. I thought to myself "there is no way God is letting me get away with this". We walked further out and stood at the area where we were standing, before we decided to go in. I was so overwhelmed with guilt that I physically felt it in my bones. After that everything seemed to move at high speed.  I started telling Dawn, "this is not what we are about. This is not what republicans stand for". I remember seeing people taking things out of the capital, it was looting. I was immensely angry but I felt too shameful to say anything. I pointed it out to Dawn again, "look, they're looting. That's not good we're going to be in trouble" Dawn told me "we're not the ones taking stuff."  I responded with "well we went inside, how does that make us any different? We climbed in through a window. We're guilty just as much as they are". I noticed Dawn pause and I could tell she understood where I was coming from than.

We decided to leave and I noticed a line of capital police behind us. They weren't doing anything but it seemed like they were there to try and keep some order. In my guilt, shame, and humility I remember standing in front of them and making eye contact and thanking them for being there. Only one made eye contact with me and the anger in his eyes is something I will never forget. We went to exit the premises. There were so many people I could barely remember us leaving. I was so overwhelmed with emotion of guilt and anxiety that all I can clearly remember was looking at the crowd of people and praying, "God please don't let me die here." I barely remember seeing Dawn recording a video. My discomfort in being a big crowds overwhelmed me on top of all my other emotions.

On our way to the train I felt "exposed" that the guilt was written all over my face and I would be confronted and arrested. I wouldn't have been able to hide my guilt if I were approached. I was willing to confess to any law enforcement that would ask, and I was desperate for someone to ask if I was involved. With every step we took towards the train station I felt even more strongly about how horrible everything was. I felt confused, mislead, abandoned, and guilty.

While we were on the train I looked on social media and saw every republican that I looked up to, condemning what I did. My guilt was validated. I remember telling Dawn, "we are not going to get away with this. If we get caught I'm not lying or hiding anything. What we did was wrong". Dawn finally started to realize exactly what I was feeling.

I started thinking about Trump. Did Trump know what was going to happen? Was that his intention? Did his supporters surprise him by their actions? I had and still have many questions, but I cannot answer them. I can only take responsibility for my actions. Until this day I struggle it all. I was frustrated and angry and got caught up with the crowd without thinking it through. I'm embarrassed and ashamed I even let it get that far.

After that day, I hid my face from people. I tried to avoid conversations about it but I couldn't, it was all over the news. No one knew, except for very few people, that I went to Washington DC that day. I was bursting at the seams waiting for someone to ask me if I did go, but no one did. I felt God was letting me fester in my own guilt as a punishment. Finally, two FBI agents came to my job to ask me about that day. At first I was terrified and thought I would be leaving there in handcuffs. Humbled I was willing to accept that consequence but I did pray for it not to happen. The two agents that interviewed me left such a positive impact on my life. I felt so relieved and empowered after our discussion that, besides the circumstances, I felt like it was the upmost privilege and honor to speak to them. One agent told me "it's not how many times that you fall that matters, it's how you get back up."

Going back to my gratitude for all law enforcement, I cannot express in words what I felt that day. I felt grateful that the FBI knew, I was grateful to Dawn's friend who "turned us in", I was relieved because I no longer had to hide my face. The people that needed to know knew and that is what mattered to me. Your honor, I know the weight of my actions that day. I know the sin I committed against my country. I just simply ask for you to please read between the lines and see that my intentions were never to hurt anyone. My intentions were not to break the law. I sincerely believed the election was rigged and I sincerely thought we were being allowed into the building. It wasn't until the last minute when I realized what was happening. After that moment my main focus was the safety of Dawn, not myself. I repented immediately and have embraced this process because I know it is the right thing to do. I just ask for your compassion and understanding for my actions on that day. I am not a person who causes trouble or wants to do anything wrong. I lost a part of myself on that day and because of that day.

After the events of January 6, 2021, I stopped associating with others who agreed with the actions that took place on that date.  I have deeply reflected on the beliefs I held before my entry and have changed my perception of the former president.  January 6 opened my eyes to a new perspective.

Thank you for all you do and all you have done for our country. Thank you for reading this and I pray you can hear and see the sincerity in it. I will gladly answer any questions you may have.


With love and respect
Diana Santos-Smith