UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CASE NO. 21-CR-271 (EGS) |
| v. | : | |
| | : | |
| [1] DAWN LEE BANCROFT, | : | |
| [2] DIANA SANTOS-SMITH, | : | |
| | : | |
| **Defendants.** | : | |

## NOTICE OF FILING OF VIDEO EXHIBITS PURSUANT TO LCrR 49

Pursuant to LCrR 49(e)(1) and Standing Order No. 21-28 (BAH), the government hereby gives notice of the following video exhibits in support of the government's memoranda in support of sentencing (ECF Nos. 55, 56). These videos will be provided to the Court and all counsel via a secure filesharing platform. Please note that all files in the filesharing platform will delete after sixty days. The filesharing platform is not and is not intended to be a permanent file storage facility. If any party believes that they will need to retain access to any of the videos beyond sixty days, the government recommends that they download the files as soon as is practicable, but certainly within the next sixty days.

The government will show each of these videos in their entirety at the hearing. The government has no objection to the public release of these videos.

### GOV'T EXHIBIT 03

*Type:* Video
*File Type:* .mp4
*Length:* 0 min 38 sec
*Source:* Submitted to FBI by anonymous tipster
*Description:* Bancroft is the main subject of the video, which appears to be filmed selfie-style by Bancroft. Santos-Smith appears just behind her. Other rioters are seen around Bancroft and they react and respond to what Bancroft says.

**GOV'T EXHIBIT 04**

| | |
|---|---|
| *Type:* | Video |
| *File Type:* | .mp4 |
| *Length:* | 6 min 00 seconds |
| *Source:* | USCP CCV Surveillance Video |
| *Description:* | This is a single video from a USCP CCV camera found in the vicinity of the Capitol's first and most used breach point, the Senate Wing Door. The video begins at approximately 2:47 PM, just before the Senate Wing Door is violently breached for the second time. The video shows Dawn Bancroft and Diana Santos Smith breaching the Capitol twice. The first time is through the broken-out window to the north (right) of the Senate Wing Door and the second time is through the window to the south (left) of the Senate Wing Door. The video has been altered to zoom in on the two defendants and emphasize their location. |

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By: _____
SEAN P. MURPHY
Assistant U.S. Attorney
DC Bar No. 1187821
Torre Chardon, Ste 1202
350 Carlos Chardon Ave
San Juan, PR 00918
sean.murphy@usdoj.gov
787-766-5656